# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISCRETE HOLDINGS LLC,<br>SEAN HSIEH and JORDAN LEVY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>INTRADO CORPORATION f/k/a/<br>WEST CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>) C.A. 1:21-cv-01647-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, undersigned counsel certifies reasonable efforts were made to reach agreement on the issues raised in this Letter in support of Intrado's Motion for Protective Order. Intrado conferred with Plaintiffs' counsel through emails, letters, and in two lengthy meet & confers on March 24 and April 5, 2023, but the parties were unable to reach agreement on these issues.

Dated: April 6, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Megan Ix Brison*
　　　　　　　　　　　　　　　　　　　　Megan Ix Brison