# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISCRETE HOLDINGS LLC, ) <br> SEAN HSIEH and JORDAN LEVY, ) <br> ) <br> Plaintiffs, ) C.A. 1:21-cv-01647-CFC <br> ) <br> v. ) <br> ) <br> ) <br> INTRADO CORPORATION f/k/a/ ) <br> WEST CORPORATION, ) <br> ) <br> Defendant. ) | |

## [PROPOSED] ORDER

The Court, having considered Defendant's Motion and Letter seeking a protective order against an April 10 Rule 30(b)(6) deposition, and against the commencement of depositions until written discovery, document production, and third-party productions are substantially complete, and good cause having been shown,

IT IS HEREBY ORDERED this ____ day of _____, 2023, that: The relief requested in Defendant's Letter is GRANTED.

_____
UNITED STATES DISTRICT JUDGE
Chief Judge Colm F. Connolly