# Exhibit B

# Megan Ix Brison

| | |
|---|---|
| **From:** | Thomas Urban <urban@fhhlaw.com> |
| **Sent:** | Thursday, March 30, 2023 3:06 PM |
| **To:** | Megan Ix Brison; Tony Lee; Seth Williams; Margaret F. England |
| **Cc:** | Elizabeth Wilburn Joyce |
| **Subject:** | RE: Discrete v. Intrado - Plaintiffs' Production of Attachments |
| **Attachments:** | DH000965-DH004461 - Attachments Log.3.30.2023.pdf |

Ms. Brison –

1. ==We hereby provide you with a log identifying which attachment produced on March 29 is associated with its respective email produced on March 15, 2023.==  We will have to agree to disagree whether this log complies with the applicable rules and the applicable orders in this case.  I would note that the parties explicitly agreed at the beginning of this lawsuit that production of PDFs was acceptable and that native documents and metadata were not required.  So far, you have not explained why such metadata is specifically required in this situation.  Each of these emails is independently in the possession, custody, and control of Intrado, as they are emails between West employees, attorneys, or consultants on one side and Plaintiffs' employees, attorneys, or consultants on the other.  Thus, every one of these emails (and its metadata) is independently available to Intrado.

2. We will have to agree to disagree regarding the significance of the Tax Side Letter.  Plaintiffs have put that letter at issue in this case and there is a factual issue whether that letter is part of the SPA.  That is a crucial factual issue to the determination of any motion for summary judgment that Intrado may file.

3. No one has argued that "Plaintiffs['] document requests [should be construed] to broadly seek all documents and communications related to every document in the SPA closing binder."  To the contrary, Plaintiffs merely seek relevant documents regarding the negotiation of the relevant provisions of the SPA that are implicated by Intrado's indemnification request, including but not limited to, the Tax Side Letter.  We do not understand why it is taking Intrado so long to address this issue, other than as an attempt to slow roll the production of documents that undercut Intrado's claims in this lawsuit.  We hope that Intrado will cooperate in the provision of this discovery to avoid involving the Court in this dispute.

Thank you for your attention to these issues,

Tom

Thomas F. Urban II
Member
Fletcher, Heald & Hildreth, PLC
Licensed to practice law in the Virginia, District of Columbia, and Texas.
1300 N. 17th Street, Suite 1100 | Arlington, VA 22209
Tel: 703.812.0462 | Fax: 703.812.0486 | Mobile: 703-861-5235

---

**From:** Megan Ix Brison <MIxbrison@pwujlaw.com>
**Sent:** Thursday, March 30, 2023 1:29 PM
**To:** Thomas Urban <urban@fhhlaw.com>; Tony Lee <lee@fhhlaw.com>; Seth Williams <williams@fhhlaw.com>; Margaret F. England <mengland@gsbblaw.com>
**Cc:** Elizabeth Wilburn Joyce <EWilburnJoyce@pwujlaw.com>
**Subject:** RE: Discrete v. Intrado - Plaintiffs' Production of Attachments

| Attachment To | File Name | Bates | Range |
|---|---|---|---|
| DH000787 | Project Deco - Disclosure Schedules (Final).pdf | DH000965 | DH001019 |
|  | Project Deco - Sean Hsieh-Develup LLC Consulting Agreement (Executed).pdf | DH001020 | DH001028 |
|  | Project Deco - Side Letter Agreement re Nexus Study (Executed).pdf | DH001029 | DH001034 |
|  | Project Deco - Stock Purchase Agreement (Executed).pdf | DH001035 | DH001169 |
| DH000792 | Project Deco - Side Letter Agreemetn re Nexus Study - 6.22.18.pdf | DH001174 | DH001177 |
|  | Project Deco - Side Letter Agreemetn re Nexus Study - 6.22.18.pdf | DH001174 | DH001177 |
| DH000805 | Marked Side Letter Agreement re Nexus Study - 6-27-2018.pdf | DH001178 | DH001182 |
|  | Side Letter Agreement re Nexus Study - 6-27-18.pdf | DH001183 | DH001187 |
| DH000807 | Escrow Agreement (Flowroute comments) v2 - 23 June.pdf | DH001188 | DH001205 |
| DH000809 | Project Deco - Stock Purchase Agreement.pdf | DH001208 | DH001290 |
|  | ....pdf | DH001291 | DH001374 |
| DH000811 | Project Deco - Stock Purchase Agreement.pdf | DH001375 | DH001457 |
|  | ....pdf | DH001458 | DH001541 |
| DH000819 | Deco -- SPA Ex. C.pdf | DH001542 | DH001542 |
| DH000820 | DECO Transaction Bonus Schedules for SPA 06.24.2018.pdf | DH001543 | DH001543 |
| DH000823 | Transaction Bonus Schedules for SPA Final.pdf | DH001544 | DH001545 |
| DH000826 | Project Deco - Stock Purchase Agreement v3 (Kutak 31 May).pdf | DH001549 | DH001629 |
|  | Project Deco - Stock Purchase Agreement v3 (Kutak) (redline).pdf | DH001630 | DH001712 |
| DH000827 | Project Deco - Stock Purchase Agreement v2 (redline).pdf | DH001717 | DH001797 |
|  | Project Deco - Stock Purchase Agreement v2.pdf | DH001798 | DH001876 |
| DH000832 | Project Deco - SPA Disclosure Schedules.pdf | DH001885 | DH001909 |
|  | Redline_4811-2978-5195v2_Project Deco - SPA Disclosure Schedules - 4811-2978-5195v4_Project Deco - SPA Disclosure Schedules.pdf | DH001910 | DH001935 |
|  | Escrow Agreement (West) v3 - 26 June.pdf | DH001936 | DH001953 |
|  | June 26 DRAFT SPA Disclosure Schedules - Clean copy.pdf | DH001954 | DH002001 |
|  | redline).pdf | DH002002 | DH002032 |
|  | Project Deco - Stock Purchase Agreement v8 (Flowroute 26 June).pdf | DH002033 | DH002116 |
|  | Deco - SPA Disclosure Schedules.pdf | DH002117 | DH002146 |
|  | June 27 SPA Disclosure Schedules - Final Draft.pdf | DH002147 | DH002177 |
|  | June 28 SPA Disclosure Schedules - Final.pdf | DH002178 | DH002228 |
| DH000841 | Direction To Pay-9-9.docx.pdf | DH002233 | DH002235 |
| DH000845 | Marked Side Letter Agreement re Nexus Study - 6-27-2018.pdf | DH002240 | DH002244 |

| | | | |
|---|---|---|---|
| | Side Letter Agreement re Nexus Study - 6-27-18.pdf | DH002245 | DH002249 |
| DH000862 | Project Deco - Stock Purchase Agreement.pdf | DH002256 | DH002339 |
| | 4838....pdf | DH002340 | DH002423 |
| DH000877 | West Project Deco - Form of Non-Competition Agreement.pdf | DH002452 | DH002458 |
| DH000878 | Redline_4814-2597-9497v3 - 4814-2597-9497v4.pdf | DH002470 | DH002477 |
| | West Project Deco - Form of Non-Competition Agreement(1).pdf | DH002478 | DH002484 |
| DH000878-879 | West Project Deco - Form of Non-Competition Agreement.pdf | DH002496 | DH002502 |
| DH000879 | Form of Non-Competition Agreement 19 June (redline - Flowroute comments).pdf | DH002514 | DH002520 |
| | Redline_4814-2597-9497v2 - 4814-2597-9497v3(1).pdf | DH002521 | DH002529 |
| | West Project Deco - Form of Non-Competition Agreement.pdf | DH002530 | DH002536 |
| DH000880-881 | Form of Non-Competition Agreement 19 June (redline - Flowroute comments).pdf | DH002548 | DH002554 |
| DH000881-882 | Redline_4814-2597-9497v3 - 4814-2597-9497v4.pdf | DH002566 | DH002573 |
| | West Project Deco - Form of Non-Competition Agreement(1).pdf | DH002574 | DH002580 |
| DH000884-885 | Escrow Agreement (Flowroute comments) v2 - 23 June.pdf | DH002597 | DH002614 |
| DH000886-887 | Project Deco - Form of Escrow Agreement.pdf | DH002615 | DH002631 |
| | Project Deco - Form of Resignation (Exhibit G).pdf | DH002632 | DH002633 |
| | Project Deco - Form of Stock Power (Exhibit D).pdf | DH002634 | DH002634 |
| | Project Deco - Sean Hsieh-Develup LLC Consulting Agreement.pdf | DH002635 | DH002643 |
| | Project Deco - Side Letter Agreement re Nexus Study.pdf | DH002644 | DH002648 |
| | Project Deco - Stock Purchase Agreement.pdf | DH002649 | DH002734 |
| | Agreement - 4814-5377-9051v4_Project Deco - Sean Hsieh-Develup LLC Consulting Agreement.pdf | DH002735 | DH002744 |
| | Redline_4818-8626-7241v7_Project Deco - Form of Escrow Agreement - 4818-8626-7241v8_Project Deco - Form of Escrow Agreement.pdf | DH002745 | DH002762 |
| | Redline_4836-9469-3740v1_Deco - Side Letter - FOR REDLINING ONLY - 4827-0634-2251v4_Project Deco - Side Letter Agreement re Nexus Study.pdf | DH002763 | DH002768 |
| | Revised Draft rec'd from Seller on 6-28 - 4838-8777-3541v14_Project Deco - Stock Purchase Agreement.pdf | DH002769 | DH002855 |
| DH000888-889 | Project Deco - Disclosure Schedules (Final).pdf | DH002860 | DH002914 |
| | Project Deco - Sean Hsieh-Develup LLC Consulting Agreement (Executed).pdf | DH002915 | DH002923 |
| | Project Deco - Side Letter Agreement re Nexus Study (Executed).pdf | DH002924 | DH002929 |
| | Project Deco - Stock Purchase Agreement (Executed).pdf | DH002930 | DH003064 |
| DH000893-894 | Project Deco - Stock Purchase Agreement v3 (Kutak 31 May).pdf | DH003070 | DH003150 |

| | | | |
|---|---|---|---|
| | Project Deco - Stock Purchase Agreement v3 (Kutak) (redline).pdf | DH003151 | DH003233 |
| | Project Deco - Sellers' Certificate Jordan-signed.pdf | DH003252 | DH003253 |
| DH000901-902 | Project Deco - Stock Purchase Agreement.pdf | DH003254 | DH003336 |
| | ....pdf | DH003337 | DH003420 |
| DH000905-906 | Project Deco - Stock Purchase Agreement v3 (Kutak 31 May).pdf | DH003429 | DH003509 |
| | Project Deco - Stock Purchase Agreement v3 (Kutak) (redline).pdf | DH003510 | DH003592 |
| | Project Deco - Stock Purchase Agreement v3 (Kutak 31 May).pdf | DH003593 | DH003673 |
| | Project Deco - Stock Purchase Agreement v3 (Kutak) (redline).pdf | DH003674 | DH003756 |
| DH000906 | Project Deco - Stock Purchase Agreement v4 (6 June - redline).pdf | DH003761 | DH003842 |
| | Project Deco - Stock Purchase Agreement v4 (6 June).pdf | DH003843 | DH003924 |
| | Escrow Agreement (West) v3 - 26 June.pdf | DH003925 | DH003942 |
| | June 26 DRAFT SPA Disclosure Schedules - Clean copy.pdf | DH003943 | DH003990 |
| | redline).pdf | DH003991 | DH004021 |
| | Project Deco - Stock Purchase Agreement v8 (Flowroute 26 June).pdf | DH004022 | DH004105 |
| DH000911-912 | NV PUC Letter and PN (7-13-18) - 4850-1842-7501.1-c1.pdf | DH004113 | DH004124 |
| | 7580.1-c1.pdf | DH004125 | DH004127 |
| DH000912-913 | 7580.1-c1.pdf | DH004131 | DH004132 |
| DH000914-915 | Indemnification Claim Notice 11-19-20.pdf | DH004133 | DH004145 |
| DH000929 | Project Deco - SPA Disclosure Schedules.pdf | DH004146 | DH004170 |
| | Redline_4811-2978-5195v2_Project Deco - SPA Disclosure Schedules - 4811-2978-5195v4_Project Deco - SPA Disclosure Schedules.pdf | DH004171 | DH004196 |
| DH000930-931 | Escrow Agreement (West) v3 - 26 June.pdf | DH004206 | DH004223 |
| | June 26 DRAFT SPA Disclosure Schedules - Clean copy.pdf | DH004224 | DH004271 |
| | redline).pdf | DH004272 | DH004302 |
| | Project Deco - Stock Purchase Agreement v8 (Flowroute 26 June).pdf | DH004303 | DH004386 |
| DH000934-935 | Project Deco - SPA Disclosure Schedules.pdf | DH004396 | DH004420 |
| | Redline_4811-2978-5195v2_Project Deco - SPA Disclosure Schedules - 4811-2978-5195v4_Project Deco - SPA Disclosure Schedules.pdf | DH004421 | DH004446 |

**Page 4**