# Exhibit F

**Megan Ix Brison**

| | |
|---|---|
| **From:** | Thomas Urban <urban@fhhlaw.com> |
| **Sent:** | Wednesday, March 15, 2023 5:02 PM |
| **To:** | Megan Ix Brison; Elizabeth Wilburn Joyce |
| **Cc:** | Margaret F. England; Tony Lee; Seth Williams; Thomas Urban |
| **Subject:** | Table of redacted documents |
| **Attachments:** | 3.15.2023 Bates Log.pdf |

Counsel –

==Attached please find a table of documents that have been produced today in redacted form.==

Please contact me if you have any questions.

Tom Urban

Thomas F. Urban II
Member
Fletcher, Heald & Hildreth, PLC
Licensed to practice law in the Virginia, District of Columbia, and Texas.
1300 N. 17th Street, Suite 1100 | Arlington, VA 22209
Tel: 703.812.0462 | Fax: 703.812.0486 | Mobile: 703-861-5235
urban@fhhlaw.com| www.fhhlaw.com |www.commlawblog.com

| | | |
|---|---|---|
| 050 FW Intrado Reply Re Indemnification_Redacted.pdf | DH000774 | DH000775 |
| flowroute Hsieh.io Mail - Fwd_ Indemnification Claim Notice (002)_Redacted.pdf | DH000954 | DH000964 |
| Fwd RE Project Deco - Final Execution Documents_Redacted.pdf | DH000787 | DH000788 |
| Fwd_ Deal Docs_Redacted.pdf | DH000789 | DH000789 |
| Fwd_ DECO Tax Letter_Redacted.pdf | DH000790 | DH000793 |
| Fwd_ Fed Reference Numbers_Redacted.pdf | DH000794 | DH000795 |
| Fwd_ FW_ [EXT] RE_ Intrado Reply Re Indemnification_Redacted.pdf | DH000796 | DH000802 |
| Fwd_ FW_ Deco -- Non-compete durations_Redacted.pdf | DH000803 | DH000804 |
| Fwd_ FW_ DECO Tax Side Letter - West response_Redacted.pdf | DH000805 | DH000806 |
| Fwd_ FW_ Project Deco - Draft of Form of Escrow Agreement_Redacted.pdf | DH000807 | DH000808 |
| Fwd_ FW_ Project Deco -_Redacted.pdf | DH000809 | DH000810 |
| Fwd_ FW_ Project Deco_Redacted.pdf | DH000811 | DH000812 |
| Fwd_ FW_ Signature pages_Redacted.pdf | DH000813 | DH000816 |
| Fwd_ FW_ some followups from our internal standing call re_ Project Deco_Redacted.pdf | DH000817 | DH000818 |
| Fwd_ FW_ SPA -- Exhibit C_Redacted.pdf | DH000819 | DH000819 |
| Fwd_ FW_ SPA -- Schedule 2.02(d)_Redacted.pdf | DH000820 | DH000820 |
| Fwd_ Project Deco - Revised SPA_Redacted.pdf | DH000821 | DH000823 |
| Fwd_ Project Deco - Revised Stock Purchase Agreement_Redacted.pdf | DH000824 | DH000828 |
| Fwd_ Project Deco - Update from West's lawyers_Redacted.pdf | DH000829 | DH000832 |
| Fwd_ RE_ Indemnification Claim Notice_Redacted.pdf | DH000833 | DH000839 |
| Fwd_ RE_ RE_ RE_ [EXT] Flowroute tax escrow_Redacted.pdf | DH000840 | DH000843 |
| Fwd_ Tax Side Letter_Redacted.pdf | DH000844 | DH000845 |
| Fwd_ Transaction is closed._Redacted.pdf | DH000846 | DH000853 |
| Fwd_ Transaction is closed_Redacted.pdf | DH000854 | DH000861 |
| Gmail - FW_ Deco -- Revised SPA_Redacted.pdf | DH000862 | DH000863 |
| Gmail - FW_ Flowroute Closing Update_ Regulatory and Tax_Redacted.pdf | DH000864 | DH000871 |
| Gmail - FW_ Life insurance policies_Redacted.pdf | DH000872 | DH000876 |
| Gmail - FW_ Project Deco - Draft Non-compete_Redacted.pdf | DH000877 | DH000882 |
| Gmail - FW_ Project Deco - Draft of Form of Escrow Agreement_Redacted.pdf | DH000883 | DH000885 |
| Gmail - FW_ Project Deco - Final Execution Documents_Redacted.pdf | DH000886 | DH000889 |
| Gmail - FW_ Project Deco - Revised SPA_Redacted.pdf | DH000890 | DH000891 |
| Gmail - FW_ Project Deco - Revised Stock Purchase Agreement_Redacted.pdf | DH000892 | DH000898 |
| Gmail - FW_ Project Deco - sig packet, closing certs and other closing docs_Redacted.pdf | DH000899 | DH000900 |
| Gmail - FW_ Project Deco -_Redacted.pdf | DH000901 | DH000902 |

| | | |
|---|---|---|
| Gmail - FW_ Project Deco_Redacted.pdf | DH000903 | DH000906 |
| Gmail - FW_ Signature pages_Redacted.pdf | DH000907 | DH000910 |
| Gmail - Fwd_ FW_ West-Flowroute transaction FCC and PUC review_Redacted.pdf | DH000911 | DH000913 |
| Gmail - Fwd_ Indemnification Claim Notice_Redacted.pdf | DH000914 | DH000927 |
| Gmail - RE_ Project Deco - SPA Disclosure Schedules_Redacted.pdf | DH000928 | DH000932 |
| Gmail - RE_ Project Deco - Update from West's lawyers_Redacted.pdf | DH000933 | DH000935 |
| Gmail - Transaction is closed._Redacted.pdf | DH000936 | DH000941 |
| RE Indemnification Claim Notice__Redacted.pdf | DH000942 | DH000947 |
| RE Indemnification Claim Notice_Redacted.pdf | DH000948 | DH000950 |
| Tax Letter | DH000951 | DH000953 |