# Exhibit G

**PLAINTIFFS' PRIVILEGE LOG**

| | Date Sent | From | To | CC | Subject | Attachment? | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 1 | 9/28/21 | Tony Lee | Bayan Towfiq | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 2 | 9/28/21 | Bayan Towfiq | Tony Lee | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 3 | 9/28/21 | Tony Lee | Bayan Towfiq | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 4 | 9/28/21 | Bayan Towfiq | Tony Lee | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 5 | 9/28/21 | Tony Lee | Bayan Towfiq | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 6 | 9/28/21 | Bayan Towfiq | Tony Lee | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 7 | 9/28/21 | Tony Lee | Bayan Towfiq | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 8 | 9/28/21 | Bayan Towfiq | Tony Lee | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 9 | 9/28/21 | Tony Lee | Bayan Towfiq | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 10 | 9/28/21 | Bayan Towfiq | Tony Lee | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |

| 11 | 9/28/21 | Tony Lee | Bayan Towfiq | Seth Williams; Tom Urban | RE: FW: [EXT] RE: Intrado Reply Re Indemnification | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
|---|---|---|---|---|---|---|---|---|
| 12 | 12/29/20 | Tony Lee | Seth Williams | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 13 | 12/29/20 | Seth Williams | Tony Lee | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 14 | 12/29/20 | Tony Lee | Seth Williams | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 15 | 12/29/20 | Seth Williams | Tony Lee | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 16 | 12/29/20 | Tony Lee | Seth Williams | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 17 | 12/29/20 | Seth Williams | Tony Lee | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 18 | 12/28/20 | Tony Lee | Seth Williams | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 19 | 12/28/20 | Seth Williams | Tony Lee | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 20 | 12/23/20 | Tony Lee | Seth Williams | n/a | RE: Flowroute TRS question | n/a | Work Product | Confidential attorney work product communication regarding Indemnification Claim |
| 21 | 12/23/20 | Bayan Towfiq | Tony Lee | Seth Williams; Sean Hsieh; Jordan Levy | RE: Flowroute TRS question | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 22 | 12/23/20 | Tony Lee | Bayan Towfiq | Seth Williams; Sean Hsieh; Jordan Levy | RE: Flowroute TRS question | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |

**Page 2**

| 23 | 12/23/20 | Bayan Towfiq | Tony Lee; Seth Williams; Sean Hsieh; Jordan Levy | | RE: Flowroute TRS question | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
|---|---|---|---|---|---|---|---|---|
| 24 | 12/30/20 | Bayan Towfiq | Tony Lee; Seth Williams; Sean Hsieh | n/a | Fwd: RE: Project Deco – Final Execution Documents | Project Deco - Stock Purchase Agreement (Executed).pdf Project Deco - Sean Hsieh-Develup LLC Consulting Agreement (Executed).pdf Project Deco - Side Letter Agreement re Nexus Study (Executed).pdf Project Deco - Disclosure Schedules (Final).pdf | Attorney-Client | Confidential attorney-client communication regarding Execution Documents |
| 25 | 12/30/20 | Tony Lee | Bayan Towfiq | Seth Williams | RE: Indemnification Claim Notice | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 26 | 08/17/21 | Tony Lee | Bayan Towfiq | Seth Williams | RE: Indemnification Claim Notice | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 27 | 08/17/21 | Bayan Towfiq | Tony Lee | Seth Williams | RE: Indemnification Claim Notice | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 28 | 08/17/21 | Tony Lee | Bayan Towfiq | Seth Williams | RE: Indemnification Claim Notice | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 29 | 08/17/21 | Bayan Towfiq | Tony Lee | n/a | RE: Indemnification Claim Notice | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |
| 30 | 08/17/21 | Tony Lee | Bayan Towfiq | n/a | RE: Indemnification Claim Notice | n/a | Attorney-Client | Confidential attorney-client communication regarding Indemnification Claim |