IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISCRETE HOLDINGS LLC, <br> SEAN HSIEH and JORDAN LEVY, <br><br> Plaintiffs, <br><br> v. <br><br><br> INTRADO CORPORATION f/k/a/ <br> WEST CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. 1:21-cv-01647-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

The Court, having considered Defendant's Motion to Compel and Letter in support thereof (the "Motion to Compel") seeking an order compelling Plaintiffs to re-produce documents with metadata and to produce an amended privilege and redaction log, and good cause having been shown,

IT IS HEREBY ORDERED this ____ day of _____, 2023, that:

1. Defendant's Motion to Compel is GRANTED;

2. Within three (3) days of this Order, Plaintiffs shall:

    a. Re-produce the documents in Plaintiffs' March 15, 2023 and March 29, 2023 productions in a manner that preserves the familial relationships of the documents;

    b. Produce the metadata associated with all documents in the the re-production ordered in Paragraph 2(a) above; and

    c. Produce an amended privilege and redaction log identifying all redactions in the re-production ordered in Paragraph 2(a) above and the basis for each redaction, in compliance with FRCP 26(b)(5); and

3. Intrado is awarded its attorneys' fees associated with its Motion to Compel.

_____
UNITED STATES DISTRICT JUDGE
Chief Judge Colm F. Connolly