IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISCRETE HOLDINGS LLC, SEAN HSIEH and JORDAN LEVY,<br><br>Plaintiffs,<br>v.<br><br>INTRADO CORPORATION f/k/a/ WEST CORPORATION,<br><br>Defendant. | C.A. 1:21-cv-01647-CFC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(A)(ii); and

The parties further stipulate and agree that each party shall bear its own attorneys' fees, costs, and expenses.

[signatures on following page]

1

| | |
|---|---|
| DATED: August 8, 2023<br><br>GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>/s/ Margaret F. England<br>Margaret F. England (DE 4248)<br>1201 N. Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 416-3341<br>Facsimile: (302) 425-5814<br>mengland@gsbblaw.com<br><br>Tony S. Lee (*pro hac vice*)<br>Thomas F. Urban II (*pro hac vice*)<br>Seth L. Williams (*pro hac vice*)<br>FLETCHER, HEALD & HILDRETH, PLC<br>1300 N. 17TH Street, Suite 1100<br>Arlington, Virginia 22209<br>(703) 861-5235 – Tel.<br>lee@fhhlaw.com<br>urban@fhhlaw.com<br>williams@fhhlaw.com<br><br>*Counsel to Plaintiffs Discrete Holdings LLC, Sean Hsieh and Jordan Levy* | DATED: August 8, 2023<br><br>PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br><br>/s/ Megan Ix Brison<br>Elizabeth Wilburn Joyce, Esq. (DE No. 3666)<br>Megan Ix Brison, Esq. (DE No. 6721)<br>2 Mill Road, Suite 204<br>Wilmington, DE 19806<br>ewilburnjoyce@pwujlaw.com<br>mixbrison@pwujlaw.com<br><br>*Counsel to Defendants Intrado Corporation f/k/a West Corporation* |

SO ORDERED this 9th day of August, 2023

_____
The Honorable Colm F. Connolly
United States District Court Judge